**Howard O. BUTLER, Appellant, v. Giles KAVANAGH, Collector of Internal Revenue, Defendant.**

No. 10223.

Circuit Court of Appeals, Sixth Circuit.

June 10, 1946.

Roman F. Glocheski and Laurent K. Varnum, both of Grand Rapids, Mich., and Robert S. Marx, of Cincinnati, Ohio, for appellant.

John C. Lehr, of Detroit, Mich., and Sewall Key, of Washington, D. C., for appellee.

Before SIMONS, ALLEN, and MARTIN, Circuit Judges.

PER CURIAM.

This cause having been duly considered upon the transcript of record and the oral

arguments and briefs of attorneys, and it appearing that there is substantial evidence to support the findings of fact and that the opinion of the district court reasoned to a correct conclusion, the judgment of the district court, 64 F.Supp. 741, dismissing the complaint is affirmed.